IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY TYSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSFORM SR HOLDING MANAGEMENT, LLC doing business as KMART,<br><br>    Defendant. | Cook County Case No. 2022 CH 08270<br><br>Civil Action No. |

## NOTICE OF REMOVAL

Defendant TRANSFORM SR HOLDING MANAGEMENT, LLC doing business as KMART ("Kmart"),[1] by and through its attorneys and pursuant to 28 U.S.C. § 1441 *et seq*. and Rule 11 of the Federal Rules of Civil Procedure, hereby files this Notice of Removal of the above entitled action to this Court from the Circuit Court of Cook County, Illinois. In support of this Notice, Kmart states as follows:

  1.  On August 23, 2022, Larry Tyson filed a Complaint in the Circuit Court of Cook County, Illinois entitled *Larry Tyson, on behalf of himself and all others similarly situated v. Transform SR Holding Management, LLC doing business as Kmart*, Case No. 2022 CH 08270. (the "Complaint").

---

[1] Defendant Transform SR Holding Management, LLC is not the correct defendant entity. The correct defendant entity is Transform KM LLC and the pleadings should be amended to substitute in the correct defendant.

2

2. On August 30, 2022, Kmart was served with the Summons, Complaint, and a Motion for Class Certification. Copies of the Complaint, Motion, and all process served upon Kmart are attached hereto as Exhibit 1.

3. In her Complaint, Plaintiff brings federal law claims under the Video Privacy Protection Act, 18 U.S.C. § 2710.

4. Defendant may remove this action pursuant to 28 U.S.C. §§ 1441(a) and 1446 because Plaintiff's claims arise under the laws of the United States. The United States District Courts have original jurisdiction of this action under 28 U.S.C. § 1331.

5. Because this action is pending in the Circuit Court of Cook County, Illinois prior to removal, venue for purposes of removal is proper in this Court under 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after Kmart was served with the Summons and a copy of Plaintiff's Complaint.

7. Contemporaneously with the filing of this Notice of Removal, Kmart has provided a copy of this Notice of Removal to Plaintiff and filed notice with the Clerk of the Circuit Court of Cook County, Illinois.

8. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact and warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purposes such as to harass or cause unnecessary delay or needlessly increase the cost of litigation.

**DATED: September 28, 2022**          Respectfully submitted,

Transform KM LLC

By: */s/ Kristine Rinella Argentine*
     One of Its Attorneys

Kristine Rinella Argentine, Bar No. 6302850
kargentine@seyfarth.com
Claire C. Kossmann, Bar No. 6303747
ckossmann@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000